**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.:  09-cv-02961-REB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

ARAPAHOE MOTORS, INC., d/b/a RALPH SCHOMP AUTOMOTIVE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me is the parties' **Joint Motion for Entry of Consent Decree and for Dismissal With Prejudice Subject to the Entry of Consent Decree** [#4], filed December 30, 2009.  Having approved and entered the Consent Decree as an Order of this Court (*see* **Consent Decree** [#5], filed January 5, 2010),

**THEREFORE IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, subject to this court's continuing jurisdiction to enforce the terms of the Consent Decree; each party to bear its own costs and attorney fees.

Dated January 7, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge